# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-10621
Summary Calendar

—————————

United States of America,

Plaintiff—Appellee,

versus

Eric Dickson,

Defendant—Appellant.

United States Court of Appeals
Fifth Circuit

**FILED**
February 12, 2024

Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-250-1

_____

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Eric Dickson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dickson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10621

assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.